In the Interest of S.C., M.C., R.C., A.S., C.S., Respondents,

D.M.C. (Mother), Appellant,

v.

Juvenile Officer, Respondent.

No. WD 74665.

Missouri Court of Appeals, Western District.

Oct. 9, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 20, 2012.

Pamela S. DeForest, Kansas City, MO, for respondent Juvenile Officer.

M. Shemane Mann, Kansas City, MO, Respondent Guardian Ad Litem.

Jo Leigh Fischer and Dione C. Greene, Kansas City, MO, for appellant.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

D.M.C. ("Mother") appeals from the trial court's judgment finding it had jurisdiction under RSMo 211.031.1 and removing from Mother's custody her five minor children. In her one point on appeal, Mother argues that the juvenile officer did not prove by clear and convincing evidence that Mother exhibited a pattern of neglect towards her children nor did the officer prove that Mother failed to protect her children from sexual abuse. We affirm. Rule 84.16(b).